FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FIT FOR LIFE LLC<br><br>                                      Plaintiff,<br>                    v.<br>UNITED STATES,<br><br>                                      Defendant. | 20-00006<br><br><br><br><br><br>**SUMMONS** |

**TO:**  The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**MARIO TOSCANO, CLERK OF THE COURT**

**PROTEST**

| Port of Entry: See Schedule Attached | Date Protest Filed: See Schedule Attached |
|---|---|
| Protest Number: See Schedule Attached | Date Protest Denied: See Schedule Attached |

| Importer:  FIT FOR LIFE LLC |
|---|
| Category of Merchandise:  Balance Ball Chair |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | SEE SCHEDULE ATTACHED | | | |
| | | | | | |
| | | | | | |

| Port Director,<br><br>U.S. Bureau of Customs & Border Protection<br>6747 Engle Road<br>Middleburg Heights, OH 44130 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>  RSilverman@GDLSK.COM<br>212/557-4000 |
|---|---|
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Balance Ball Chair | 9506.91.0030 HTSUS | 4.6% ad val. | 9401.80.4046 HTSUS | DUTY FREE |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under one of the claimed tariff provisions. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date:  01/14/2020                                             /s/  Robert B. Silverman

| PROT NUMBER | DATE PROTEST FILED | PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4102-18-100085 | 03/13/2018 | 07/19/2019 | 791-0915423-2 | 11/01/2016 | 09/15/2017 |
| 4102-18-100086 | 03/27/2018 | 07/19/2019 | 791-0924513-9 | 11/23/2016 | 09/29/2017 |
| 4102-18-100086 | 03/27/2018 | 07/19/2019 | 791-0927272-9 | 11/11/2016 | 09/29/2017 |
| 4102-18-100087 | 04/02/2018 | 07/19/2019 | 791-0938786-5 | 11/22/2016 | 10/06/2017 |
| 4102-18-100089 | 04/17/2018 | 07/19/2019 | 791-0946955-6 | 11/30/2016 | 10/20/2017 |
| 4102-18-100089 | 04/17/2018 | 07/19/2019 | 791-0946981-2 | 11/30/2016 | 10/20/2017 |
| 4102-18-100129 | 05/25/2018 | 07/19/2019 | 791-0995648-7 | 01/17/2017 | 12/08/2017 |
| 4102-18-100182 | 07/19/2018 | 07/19/2019 | 791-1130398-3 | 03/13/2017 | 02/02/2018 |
| 4102-18-100183 | 07/19/2018 | 09/11/2019 | 791-1130614-3 | 04/17/2017 | 03/02/2018 |
| 4102-18-100192 | 08/24/2018 | 07/19/2019 | 791-1130606-9 | 04/19/2017 | 03/09/2018 |
| 4102-18-100192 | 08/24/2018 | 07/19/2019 | 791-1130694-5 | 04/24/2017 | 03/23/2018 |
| 4102-18-100192 | 08/24/2018 | 07/19/2019 | 791-1130709-1 | 05/02/2017 | 03/23/2018 |
| 4102-18-100192 | 08/24/2018 | 07/19/2019 | 791-1130676-2 | 04/21/2017 | 03/09/2018 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**6747 Engle Road**
**Middleburg Heights, OH 44130**

Page 1 of 2

9760733_1

| PROT NUMBER | DATE PROTEST FILED | PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4102-18-100200 | 09/20/2018 | 07/19/2019 | 791-1130863-6 | 05/24/2017 | 04/13/2018 |
| 4102-18-100201 | 09/20/2018 | 07/19/2019 | 791-1130959-2 | 06/05/2017 | 04/20/2018 |
| 4102-18-100207 | 10/29/2018 | 09/11/2019 | 791-1131129-1 | 06/30/2017 | 05/11/2018 |
| 4102-18-100207 | 10/29/2018 | 09/11/2019 | 791-1131167-1 | 07/07/2017 | 05/18/2018 |
| 4102-18-100207 | 10/29/2018 | 09/11/2019 | 791-1131122-6 | 06/23/2017 | 05/11/2018 |
| 4102-18-100213 | 12/06/2018 | 07/19/2019 | 791-1131435-2 | 08/03/2017 | 06/15/2018 |
| 4102-18-100214 | 12/17/2018 | 08/08/2019 | 791-1131571-4 | 08/16/2017 | 07/06/2018 |
| 4102-18-100214 | 12/17/2018 | 08/08/2019 | 791-1131794-2 | 09/08/2017 | 08/03/2018 |
| 4102-19-100216 | 01/25/2019 | 07/23/2019 | 791-1131900-5 | 09/19/2017 | 08/10/2018 |
| 4102-19-100217 | 01/25/2019 | 07/19/2019 | 791-1132029-2 | 10/05/2017 | 08/24/2018 |
| 4102-19-100219 | 02/20/2019 | 07/19/2019 | 791-1132172-0 | 10/30/2017 | 09/21/2018 |
| 4102-19-100224 | 03/21/2019 | 07/31/2019 | 791-1132335-3 | 11/20/2017 | 10/12/2018 |
| 4102-19-100224 | 03/21/2019 | 07/31/2019 | 791-1132323-9 | 11/20/2017 | 10/12/2018 |
| 4102-19-100224 | 03/21/2019 | 07/31/2019 | 791-1132324-7 | 11/20/2017 | 10/12/2018 |
| 4102-19-100234 | 04/17/2019 | 07/19/2019 | 791-1132626-5 | 12/18/2017 | 11/02/2018 |
| 4102-19-100234 | 04/17/2019 | 07/19/2019 | 791-1132656-2 | 12/21/2017 | 11/16/2018 |
| 4102-19-100246 | 05/23/2019 | 07/31/2019 | 791-1133006-9 | 01/26/2018 | 12/14/2018 |