UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------------------x
                                                  :
FIT FOR LIFE, LLC.                                :
                                                  :        Court No. 20-00006
                      Plaintiff,                  :
                                                  :
        v.                                        :
UNITED STATES,                                    :
                                                  :
                      Defendant.                  :
------------------------------------------------------------------------x
```

### **ORDER**

Upon consideration of the Motion for Relief from Order of Dismissal filed on behalf of

Plaintiff Fit for Life, LLC. and on good cause appearing therefore, it is hereby

ORDERED, that the Motion for Relief is GRANTED and

ORDERED, that this Action be, and hereby is, reinstated on the Customs Management

Calendar for a period of 6 months from February 2024.

_____
Judge

Dated: February ___, 2024
     New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------------------x
                                                :
FIT FOR LIFE, LLC.                              :
                                                :        Court No. 20-00006
                            Plaintiff,          :
                                                :
            v.                                  :
UNITED STATES,                                  :
                                                :
                            Defendant.          :
------------------------------------------------------------------------x
```

## MOTION FOR RELIEF FROM ORDER OF DISMISSAL

Pursuant to United States Court of International Trade ("CIT") Rules 60(b)(6) and 55(c), Fit for Life, LLC. ("Fit for Life") moves this Court to order reinstatement of this Action on the Customs Management Calendar.  Fit for Life believes that there is good cause to justify the reinstatement as explained below.

This Action was filed on January 14, 2020 and immediately placed on the Customs Management Calendar.  The Clerk of the Court dismissed the Action on February 2, 2024 due to "lack of prosecution pursuant to Rule 83(c)."   The period for the case to remain on the Customs Management Calendar expired on February 1, 2024 with no motion for extension of time having been filed in the meantime as required by Rule 83(d).  One day has elapsed since the Customs Management Calendar period expired.

This court has addressed the factors to which it will look in evaluating motions for extensions of time made after a deadline has expired. *See Rockwell Automation, Inc. v. United States*, 7 F.Supp.3d 1278 (Ct. Int'l Trade, 2014) ("*Rockwell*").  Such motions may be granted where a party makes a showing of "excusable neglect or circumstances beyond the control of the

party." *Id.*  The Court of International trade in *Rockwell* evaluated this standard under the

Supreme Court's decision in *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*,

507 U.S. 380 (1993) ("*Pioneer*").

In *Pioneer*, the Supreme Court concluded that the "excusable neglect" standard "is not

limited strictly to omissions caused by circumstances beyond the control of the movant" and that

it extends beyond such circumstances to certain limited instances of "neglect" that may be

"excusable." *Id*. at 392.  The *Pioneer* Court stated that a determination as to whether "a party's

neglect of a deadline" is "excusable" is an "equitable" determination, "taking account of all

relevant circumstances surrounding the party's omission." *Id.*  Such relevant factors include "the

danger of prejudice to the [other party/parties], the length of the delay and its potential impact on

judicial proceedings, the reason for the delay, including whether it [i.e., the delay] was within the

reasonable control of the movant, and whether the movant acted in good faith." *Id.*  The motion

at issue in *Rockwell*, was thus evaluated under the *Pioneer* factors.  Accordingly, we provide the

facts of this out-of-time motion in light of the *Pioneer* factors below:

### 1.  Prejudice to the Defendant

The granting of this motion would not prejudice Defendants.  The case covered by this

motion is identical in all material respects to *Fit for Life LLC., v. United States,* Case Number

20-00004, in which a complaint was filed on February 1, 2024.  It is plaintiff's intention to

designate case number 20-00004 as a lead case and to suspend this case, case number 20-00006,

and any subsequent cases thereunder.  As a result of the unity of issues in this case with those of

case number 20-0004, defendant would not suffer any prejudice by the granting of this motion.

### 2.   Impact on the Court

The Supreme Court in *Pioneer* identified "the length of the [movant's] delay" and the "potential impact [of the delay] on judicial proceedings" and "efficient judicial administration" as another factor to be considered in evaluating claims of "excusable neglect." *See Rockwell*, 7 F.Supp.3d at 1292; *Pioneer*, 507 U.S. at 395.  The time remaining on the Customs Management Calendar for this case expired on February 1, 2024.  It was on February 2, 2024 that the Clerk of the Court dismissed this action and when plaintiff's counsel received the electronic notice of dismissal from the Court.  Thus, one day has lapsed since the Customs Management Calendar time has expired.  Moreover, since this case will be suspended pending the outcome of case number 20-0004, which will be designated as the lead case for Fit for Life.  As a consequence, no significant judicial resources will be required to preserve the claims made in this case.

### 3.   Reason for the delay

Those factors that serve to limit the judicial resources required for this case is what contributed to the inadvertence that lead to the expiry of the time on the Customs Management Calendar.  In managing the case deadlines in the firm's internal docketing system, an incorrect date was mistakenly entered for this case.  The date was entered as February 6, 2024, rather than February 1, 2024.  This error was likely caused by the similarity of the incorrect date to the case number in this case (20-00006).  As stated above, the questions of law and fact are identical in all respects with court number 20-00004 and it was this case that was actively managed with other Fit for Life cases to be managed under this lead case.  As a result, the original human error was not discovered.  A true, good faith inadvertence to which multiple staff members unintentionally contributed.

### 4.   Good faith

As described above, the inadvertence that led to the filing of this motion was not part of a pattern of disregard for the court's rules or filing deadlines.  An honest human error was made in an internal docketing system.  Counsel respectfully submits that justice would be best achieved by granting this motion, which would result in no prejudice to the defendant.

On February 2, 2024, counsel for Defendant, Justin R. Miller, Esq., provided the position of defendant with respect to this motion stating that "the Government defers to the discretion of the Court as to whether relief should be granted, but notes that the Government will not be prejudiced by the Court returning the case to the Customs Case Management Calendar."

Fit for Life believes that justice would best be achieved under the circumstances by granting its motion to reinstate this case on the Customs Management Calendar.  Following reinstatement, plaintiffs will proceed to file the complaint in this case and will subsequently move to suspend this case under case number 20-00004, which will be designated as the lead case for this classification litigation.

Respectfully submitted,
/s William F. Marshall

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
399 Park Ave, 25th Floor
New York, NY 10022
(212) 557-4000

Dated: February 2, 2024
        New York, New York

5

12582943_1